On July 1, 2002, this Court issued an order allowing the parties to file an objection within 30 days to the dismissal of this appeal. No response has been received.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is hereby dismissed and the April 26th document is returned to the Court of Federal Claims.

**BRUNSWICK CORPORATION,**
**Plaintiff–Appellee,**

v.

**CCS FITNESS, INC., Defendant–**
**Appellant.**

No. 02–1175.

United States Court of Appeals,
Federal Circuit.

Aug. 6, 2002.

*ORDER*

The parties having so agreed, it is

**390**

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).